UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re RONALD LEE CANADA,<br><br>　　　　Plaintiff, | Case No. 16-cv-5374-TEH<br><br>ORDER OF DISMISSAL |

　　　This case was opened when Plaintiff wrote a letter to the Court regarding prison conditions.  In an effort to protect his rights, it was filed as a new case.  Plaintiff was informed that he had not filed a complaint and was given twenty-eight days to do so.  He also was sent a notice that he had not paid the filing fee or applied for leave to proceed in forma pauperis ("IFP"); again, he was allowed twenty-eight days to either pay the fee or file the application.  A copy of the Court's form for applications to proceed IFP was provided with the notice, along with a return envelope.

　　　Plaintiff has not filed a complaint, an IFP application, or otherwise communicated with the Court.  This case is therefore DISMISSED without prejudice.  No fee is due.

1   The Clerk shall close the file.

2   IT IS SO ORDERED.

3   Dated: 10/31/2016

4                                    _____
5                                    THELTON E. HENDERSON
                                     United States District Judge

6
    G:\PRO-SE\TEH\CR.16\Canada5374.dis-ifp.docx