UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| In Re RONALD LEE CANADA,<br><br>            Plaintiff, | Case No. 16-cv-5374-TEH<br><br>JUDGMENT |
|---|---|

As set forth in the Order of Dismissal, this action is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED AND ADJUDGED.

Dated: 10/31/2016

_____
THELTON E. HENDERSON
United States District Judge

G:\PRO-SE\TEH\CR.16\Canada5374.jud.docx